1  **HEATHER R. ROGERS**
California State Bar No. 229519
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile:    (619) 687-2666
e-mail: heather_rogers@fd.org

5

6  Attorneys for Mr. Nevarez-Ortiz

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )      Case No. 07mj8878
                                           )
12              Plaintiff,                  )
                                           )
13  v.                                      )      **PROOF  OF SERVICE**
                                           )
14  **JAVIER NEVAREZ-ORTIZ,**               )
                                           )
15              Defendant.                  )
                                           )
16  _____  )

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19  upon:

20          **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov

21

22  Dated: October 30, 2007                        _s/ Heather R. Rogers_____
                                                   **HEATHER R. ROGERS**
23                                                 Federal Defenders
                                                   225 Broadway, Suite 900
24                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
25                                                 (619) 687-2666  (fax)
                                                   e-mail: heather_rogers@fd.org
26

27

28